UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK J. SIMS,<br><br>    Plaintiff,<br><br>    v.<br><br>RALPH DIAZ, et al.,<br><br>    Defendants. | Case No. 19-cv-05445-SI<br><br>**ORDER EXTENDING DEADLINE**<br><br>Re: Dkt. No. 11 |

Plaintiff's request for an extension of the deadline to file his amended complaint is GRANTED. Docket No. 11. Plaintiff must file his amended complaint no later than **December 6, 2019**. No further extensions of this deadline should be expected.

**IT IS SO ORDERED**.

Dated: October 28, 2019

_____
SUSAN ILLSTON
United States District Judge