UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DERRICK J. SIMS,
    Plaintiff,

v.

RALPH DIAZ, et al.,
    Defendants.

Case No. 19-cv-05445-SI

**ORDER DENYING MOTION FOR RECONSIDERATION OF DENIAL OF PRELIMINARY INJUNCTION**

Re: Dkt. No. 17

    Plaintiff has filed a motion for reconsideration (Docket No. 17) of the order denying his request for a preliminary injunction (Docket No. 9). Plaintiff essentially asks the court to take a second look at some of the evidence he submitted in support of his request for a preliminary injunction because he does not think the court looked at the evidence carefully enough. Plaintiff is not entitled to relief because does not show a material difference in fact or law exists from that which was presented to the court before entry of the order denying the request for preliminary injunction; does not show the emergence of new material facts or a change of law occurring after the time of such order; and does not show a manifest failure by the court to consider material facts which were presented to the court before such interlocutory order. *See* Civil L.R. 7-9(b). Instead, his motion shows nothing more than a disagreement with the court's conclusion that he was not entitled to interim relief.

    Plaintiff claims in this action that he was under threat from some other inmates in a security threat group and was attacked three times, with the most recent attack occurring more than a year before he filed this action. Prison officials have different options as to how they will protect an inmate in danger of attack, so it does not necessarily follow that a threat plus an attack necessarily means that any particular prison official has been deliberately indifference to the attacked inmate's

safety. Here, the fact that it has now been more than eighteen months since the most recent attack on plaintiff suggests that prison officials have found a way to protect plaintiff in his current facility and are not currently acting with deliberate indifference to his safety. He has not shown his entitlement to interim relief. *See Caribbean Marine Services Co., Inc. v. Baldrige*, 844 F.2d 668, 674 (9th Cir. 1988) ("A plaintiff must do more than merely allege imminent harm sufficient to establish standing; a plaintiff must *demonstrate* immediate threatened injury as a prerequisite to preliminary injunctive relief.") The motion for reconsideration of the denial of the request for a preliminary injunction is DENIED. Docket No. 17. No further motions for reconsideration of the order denying the request for preliminary injunction or this order may be filed.

**IT IS SO ORDERED**.

Dated: March 3, 2020

_____
SUSAN ILLSTON
United States District Judge