UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK J. SIMS,<br><br>              Plaintiff,<br><br>    v.<br><br>RALPH DIAZ, et al.,<br><br>              Defendants. | Case No. 19-cv-05445-SI<br><br>**ORDER DISMISSING DEFENDANT GOLDEN AND FOR SERVICE ON DEFENDANT GAONA** |

In a May 6, 2020 order, the court explained that the Marshal was unable to serve process on defendants B. Golden and E. Gaona, and ordered plaintiff to provide, no later than June 22, 2020, information needed for service of process. The court warned plaintiff that each of these defendants would be dismissed "if plaintiff does not provide an address for service by the deadline or if the defendant cannot be served with the information plaintiff does provide." Docket No. 33. Plaintiff provided an address at which to attempt to serve defendant Gaona but did not provide any information to enable service of process on defendant Golden. Accordingly,

    1. Defendant B. Golden is dismissed from this action without prejudice to plaintiff filing a new action against Golden if he ever locates that defendant.

    2. The clerk shall issue a summons and the United States Marshal shall serve, without prepayment of fees, the summons, a copy of the amended complaint (Docket No. 13), a copy of the

order of service (Docket No. 15), and a copy of this order upon defendant Gaona at the following address:

> E. Gaona
> c/o California Veterans Affairs
> 1227 "O" Street
> Sacramento, CA 95814

The briefing schedule for dispositive motions in the May 6, 2020 order applies to defendant Gaona as well as to the other defendants.

**IT IS SO ORDERED**.

Dated: July 6, 2020

_____
SUSAN ILLSTON
United States District Judge