UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK J. SIMS,<br><br>    Plaintiff,<br><br>    v.<br><br>RALPH DIAZ, et al.,<br><br>    Defendants. | Case No. 19-cv-05445-SI (pr)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Re: Dkt. No. 58 |

This case was referred to Magistrate Judge Robert M. Illman for court-ordered settlement proceedings. On June 14, 2021, the parties appeared before Magistrate Judge Illman for a settlement conference. The minute entry for the settlement proceedings indicates that the "[m]atter settled." Docket No. 57.

On June 25, 2021, the Court received a copy of the "Stipulation of Voluntary Dismissal" pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) signed by both parties. Docket No. 58. The signed stipulation states:

> In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties notify the Court that they have executed an agreement to settle this case and request that this case be dismissed, with prejudice.
>
> Each party shall bear its own litigation costs and attorney's fees.
>
> It is so stipulated.

*Id.* at 1.

Accordingly, having been notified of the settlement and it appearing that no issue remains for the court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein against all named defendants are DISMISSED WITH PREJUDICE.

1     The clerk shall terminate any pending motions and close the file.

**IT IS SO ORDERED**.

Dated: June 25, 2021

_____
SUSAN ILLSTON
United States District Judge